**EFiled: Sep 08 2017 10:03AM EDT**
**Transaction ID 61090489**
**Case No. 9596-MG**

# COURT OF CHANCERY
# OF THE
# STATE OF DELAWARE

JOSEPH R. SLIGHTS III
VICE CHANCELLOR

417 S. State Street
Dover, Delaware 19901
Telephone: (302) 739-4397
Facsimile: (302) 739-6179

Date Submitted: September 1, 2017
Date Decided: September 8, 2017

Daniel McAllister, Esquire
Baird, Mandalas & Brockstedt, LLC
6 South State Street
Dover, DE 19901

James J. Haley, Jr., Esquire
Ferrara & Haley
1716 Wawaset Street
Wilmington, DE 19806

Re: *Ambient Heating and Cooling LLC v. Shepherd*
C.A. No. 9596-MG (VCS)

Dear Counsel:

I have reviewed your submissions regarding the attorney's fee issue. It appears to me that the Master did award attorney's fees in her Draft Report which she then adopted as her Final Report (with a few designated modifications). The Respondents did not take exception to the award of fees. When Petitioner's counsel sent the draft final judgment to Respondents' counsel for comments, the draft order included the award of fees. When asked for his comments on the proposed final order, Respondents' counsel responded: "[y]our proposed judgment looks accurate to me." Under these circumstances, I am satisfied that the Master's award of

attorney's fees, as reflected in the Order Entering Final Judgment, should stand.

Petitioner's counsel shall submit his fee application within ten (10) days. Any

objection shall be submitted within ten (10) days following receipt of the fee

application.

**IT IS SO ORDERED**.

Very truly yours,

*/s/ Joseph R. Slights III*